IN THE WESTERN DISTRICT
OF NORTH CAROLINA
4th CIRCUIT U.S. DISTRICT COURT

42 U.S.C. 1983
COMPLAINT

FILED
CHARLOTTE, NC
SEP 19 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Case 3:25-cv-00724-MR   Document 1

PLAINTIFF,                    DEFENDANTS
                V.
PRO SE NEAL POWELL JR.    C.A.T.S., 6 UNKNOWN
                          C.A.T.S. SECURITY,
                          AND 1 unknown C.M.P.D.
                          OFFICER All IN
                          THEIR OFFICIAL CAPACITY

# LAWS VIOLATED

The defendants mentioned herein violated the Plaintiffs 8th amendment by use of excessive force, and 1st amend right by use of retaliation against Plaintiffs freedom of speech.

# JURISDICTION

This court has proper jurisdiction over this claim due to the location of the incident and type of claim being rosen in a timely fashion.

Case 3:25-cv-00724-MR    Document 1

# STATEMENT OF EVENTS

On or about November 15th 2024

I, Neal Powell Jr, entered Cats Train at New Bern with 2 white elderly heading south.

I was stopped from seating and told to exit if I did not have fare. I provided proof after I sat down, and the the officer stated I was good. I responded not til you one of the others ticket that entered train with me. The officer requested me to exit at Scaleybark.

pg 2 of 5

As I began to leave I decided to stop and surrendered myself for arrest placing both hands together in front of me. All the security officers and CMPD officer charged toward me intentionally ramming my head and back into a concrete pillar in a seated position with the weight of all officers causing my intestines to pop into my testicles. Then 2 of the security picked up my entire body vertically 1 to 2 feet off the ground, held me up for seconds then slammed me on my face and stomach before placing handcuffs on me. The other officers

pg 3 of 5

had to restrain the 2.

At the time I had a key sized hole/hernia. I were 5-7 months into treatment and healing properly with a inguinal hernia belt. After being assaulted I could not stand for longer than 5 min without needing to push a fist size amount of intestines back up between my legs. I went to the hospital to discover the hole had grown more than 10 times in size. 4/7/25 I could not move at all except blink I was ambulanced to immediate surgery to save my life.

I, Neal Powell Jr, swear to the penalty of perjury that this statement is true     *Neal Powell jr*
9/16/2025

## Relief Sought

I Neal Powell Jr am seeking $1,000,000 in punitive damages from the defendants seperately in their official Capacity for the use of excessive force that nearly killed me.

*Neal Powell jr*
9/16/2025